UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-60211-CR-ROSENBERG/HOPKINS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GEORGE TOUSSAINT,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION ON DEFENDANT'S MOTION TO WITHDRAW GUILTY PLEA (DE 48)

**THIS CAUSE comes** before the Court upon the Report and Recommendation on Defendant's Motion to Withdraw His Guilty Plea, filed February 6, 2015 (DE 48). This matter was referred to the Honorable James M. Hopkins, United States Magistrate Judge, Southern District of Florida. On April 2, 2015, Judge Hopkins issued the Report and Recommendation (DE 64), in which he recommended that this Court **DENY** Defendant's Motion to Withdraw His Guilty Plea. Defendant did file an objection on April 9, 2015 to Judge Hopkins Report and Recommendation (DE 66). After conducting an independent *de novo* review of the entire file and the record herein, the Court finds Judge Hopkins recommendations to be well reasoned and correct. The Court agrees with the analysis in Judge Hopkins's Report and Recommendation and concludes that Defendant's Motion should be denied for the reasons set forth therein, it is hereby

    **ORDERED AND ADJUDGED** that:

1. United States Magistrate Judge Hopkins Report and Recommendation (DE 64) is **APPROVED and ADOPTED** as to the recommendation that Defendant's Motion to Withdraw Guilty Plea (DE 48), is hereby **DENIED.**

2. Defendant, George Toussaint is **reset for sentencing on Monday May 18, 2015 at 10:30 a.m., in the West Palm Division.**

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 27th day of April, 2015.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

cc: counsel of record
    Magistrate Judge Dave Lee Brannon